# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

TIMOTHY BUCKLEY

DEFENDANT.

**WARRANT FOR ARREST**

# 12M724

CASE NUMBER:

TO: __LUANNE WALTER_____, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest __TIMOTHY BUCKLEY__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**receipt and distribution of child pornography**

In violation of Title __18__ United States Code, Section(s) __2252(a)(2)__

__Hon. Roanne L. Mann__ __USMJ__
Title of Issuing Officer

__August 2, 2012, Brooklyn, NY__
Date and Location

By _____

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _1845 W 10th Street, 3rd Fl, Brooklyn_ on _8/6/2012_

| DATE RECEIVED 8/2/2012 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/6/2012 | SA WALTER | [signature] |

| THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY: |
|---|
| DEFENDANT'S NAME: Timothy D. BUCKLEY |
| ALIAS: N/A |
| LAST KNOWN RESIDENCE: 1845 W 10th Street 3rd floor Brooklyn, NY 11223. |
| LAST KNOWN EMPLOYMENT: MTA |
| PLACE OF BIRTH: Brooklyn, New York |
| DATE OF BIRTH: 4 |
| SOCIAL SECURITY NUM |
| HEIGHT: 6' c |
| WEIGHT: 6'2" 275 lbs |
| SEX: male |
| RACE: White |
| HAIR: Gray |
| EYE: Blue |
| SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: scar - right abdomen. |
| FBI NUMBER: 796492AB0 |
| COMPLETE DESCRIPTION OF AUTO: N/A |
| INVESTIGATIVE AGENCY AND ADDRESS: HSI 601 W 26th Street New York, NY 10001 |